

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

April 29, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/5/22

**BY ECF:**

Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

    RE:    United States v. Besim Kukaj
            Case No.: 21-cr-00660-15 (ALC)
            Request for Modification of Release Conditions

Dear Judge Carter:

    Please be advised that Spodek Law Group P.C. represents **Besim Kukaj**, the Defendant in the above-referenced matter.

    As per Your Honor's February 10, 2022 order, defense motions are due today, April 29, 2022. Unfortunately, my office had a COVID outbreak this week. I am respectfully requesting that the motion schedule be adjourned for two weeks.

    I conferenced my request with AUSA Samuel Raymond and AUSA David Felton and they have no objection.

    Thank you for your consideration.

                      Sincerely,
                      **Spodek Law Group P.C.**
                      /S/ Todd A. Spodek

TAS/az
cc:    All Counsel (By ECF).

The application is **GRANTED.**
So Ordered.

*[signature]*
5/5/22

---

85 Broad Street, 17th Floor NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com