

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 13, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/20/22
```

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Besim Kukaj*, 20 Cr. 660 (ALC)

Dear Judge Carter:

    With the consent of defendant Besim Kukaj, the Government respectfully submits this letter to request that the Court unseal the appearance bond for the defendant in 20 Mag. 10598, setting forth the defendant's bond conditions at the time of his initial arrest in October 2020, which the parties agree need not be sealed.

                          Very truly yours,

                           DAMIAN WILLIAMS
                           United States Attorney

                by: /s/ David R. Felton
                    Samuel Raymond / David Felton
                    Assistant United States Attorneys
                    (212) 637-6519 / -2299

cc: Todd Spodek, Esq.

SO ORDERED:

*/s/ Andrew L. Carter*
_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE  **5/20/22**