```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-31-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                        Plaintiff,

     -against-

BESIM KUKAJ,

                        Defendant.

------------------------------------------------------------------- x

20-CR-660 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Change of Plea hearing is scheduled for **November 1, 2022** at **2:00 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            October 31, 2022

                                                 _____
                                                    **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**