UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-17-23

UNITED STATES OF AMERICA

v.

BESIM KUKAJ

**Consent**
**Order of Restitution**

Docket No. S2 20 Cr. 660 (ALC)

Upon the application of the United States of America, by its attorney, Damian Williams,

United States Attorney for the Southern District of New York, David R. Felton and Samuel

Raymond, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's

conviction on Counts One and Two of the above Superseding Information; and all other

proceedings in this case, it is hereby ORDERED that:

## 1.    **Amount of Restitution**

Besim Kukaj, the Defendant, shall pay restitution in the total amount of   $1,500,000.00,

pursuant to 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664 to the victim of the

offense charged in Count One, the United States Small Business Administration, at the address

SBA/DFC, 721 19th Street, 3rd Floor, Room 301, Denver, CO 82020.  Upon advice by the United

States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to

send payments to the new address without further order of this Court.

### A.    **Joint and Several Liability**

Restitution is not joint and several with other defendants or with others not named herein.

## 2.    **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other

assets of the Defendant, including whether any of these assets are jointly controlled; projected

earnings and other income of the Defendant; and any financial obligations of the Defendant;

including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in installments of 15 percent of the defendant's gross income on the 1st of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

If the Defendant defaults on the payment schedule set forth above, the Government may pursue other remedies to enforce the judgment.

### 3.    Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4.    Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation

Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any

material change in the defendant's financial resources that affects the defendant's ability to pay

restitution in accordance with 18 U.S.C. § 3664(k).

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20

years from the entry of judgment or 20 years after the defendant's release from imprisonment, as

provided in 18 U.S.C. § 3613(b).    Subject to the time limitations in the preceding sentence, in the

event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue

until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          4-11-2023
David R. Felton                         DATE
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637 – 2299


BESIM KUKAJ

By: _____          4/11/23
Besim Kukaj                             DATE


By: _____          4/11/23
Todd Spodek                             DATE



SO ORDERED:

_____               4/11/23
HONORABLE ANDREW L. CARTER, JR.         DATE
UNITED STATES DISTRICT JUDGE